WALLACE, GOVERNOR OF ALABAMA, ET AL. *v.*
UNITED STATES ET AL.

No. 489.   Decided December 4, 1967.*

*MacDonald Gallion,* Attorney General of Alabama,
and *John C. Satterfield* for appellants in No. 489.   *Reid
B. Barnes* for appellants in No. 671.

*Acting Solicitor General Spritzer, Assistant Attorney
General Doar, Louis F. Claiborne* and *David L. Norman*
for the United States in No. 489; *Solicitor General Gris-
wold* and *Assistant Attorney General Doar* for the United
States in No. 671; *Fred D. Gray, Jack Greenberg, James
M. Nabrit III, Charles H. Jones, Jr., Charles Stephen
Ralston* and *Melvyn Zarr* for Lee et al. in both cases,
appellees.

PER CURIAM.

The motions to affirm are granted and the judgment
is affirmed.

---

*Together with No. 671, *Bibb County Board of Education et al.*
v. *United States et al.,* also on appeal from the same court.